AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original



☐ CLERK'S OFFICE
A TRUE COPY
Jul 28, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
A black PNY 16GB USB Stick (USB), located at the Racine Police Department – Special Investigations Unit, as described in Attachment A

Case No. **22-M-519 (SCD)**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Wisconsin__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before __8-10-22__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. Stephen C. Dries__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __7-28-22. 3:25 pm__

*Judge's signature*

City and state: __Milwaukee, Wisconsin__   Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

### Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Item to Be Searched

**A black PNY 16GB USB Stick,** located at the Racine Police Department – Special Investigations Unit.

# ATTACHMENT B

## Particular Things to be Seized

Pursuant to an investigation of contempt of court, in violation of 18 U.S.C. § 401, which has been committed by Marquan Washington and Plaze Anderson, this warrant authorizes the law enforcement officers to whom it is directed to seize items located in Attachment A including:

a. Criminal discovery materials, including documents, videos, files, Word Documents, PDF files, photographs, and electronic data;

b. Evidence of devices used to access the materials on the USB, including computers;

c. Evidence of creation of the USB; and

d. Evidence of ownership of the USB.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Jul 28, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
  ) Case No. **22-M-519 (SCD)**
A black PNY 16GB USB Stick (USB), located at the )
Racine Police Department – Special Investigations )
Unit, as described in Attachment A )

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 401 | Violation of a protection order. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature* 1258  7-27-22

FBI Det. Michael Seeger
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date: **7/28/22**

*Judge's signature*

City and state: Milwaukee, Wisconsin     Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Michael Seeger, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of an application for a search warrant to seek evidence regarding a violation of a protection order, in violation of 18 U.S.C. § 401, associated with Marquan Washington and Plaze Anderson. Specially, Affiant is seeking a search warrant to forensically examine the contents of a **black PNY 16GB USB Stick (USB),** located at the Racine Police Department – Special Investigations Unit to include but not limited to all documents, videos, files, Word Documents, PDF files, photographs, and all electronic data located on the USB.

2. Affiant has been a law enforcement officer since May 2008. Affiant is a Detective with the Racine Police Department (RAPD) and currently deputized through the Federal Bureau of Investigation (FBI), which expires October 1, 2022. Affiant is currently assigned to the United States Marshals Service (USMS) Fugitive Task Force, Eastern District of Wisconsin. Affiant's prior assignment was a member of the Racine Police Department's Special Investigations Unit (SIU) – Drug Enforcement for two and a half years.

3. On November 2, 2021, a grand jury in this district returned a superseding indictment charging Marquan Washington and Plaze Anderson with various offenses, including conspiracy to distribute cocaine and "crack" cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

4. Washington and Anderson were arrested and ordered detained by the Honorable William E. Duffin, United States Magistrate Judge. On October 21, 2021, Magistrate Judge William E. Duffin issue a protective order regulating the dissemination of discovery materials. Doc. 21. It provides, in pertinent part:

> The government will make arrangements with the institutions where the defendants are held in federal custody so that a set of discovery materials can be maintained at the institutions for inspection by the defendants. The defendants shall be prohibited from copying the materials or otherwise obtaining or maintaining copies of any such materials and shall be prohibited from transporting any of these materials to their cellblock.

Doc. 21 at 3.

5. Since Washington and Anderson's arrests, they have been in custody. Most recently, Washington and Anderson are being housed at Kenosha County Detention Center (KCDC), located at 4777 88th Ave., Kenosha, Wisconsin. As of today's date, Washington and Anderson are sharing a cell.

6. On July 22, 2022, Affiant was informed that the United States Attorney's Office had received information regarding a **black PNY 16GB USB Stick (USB)** found in Washington's possession. Affiant contacted Michelle Hicks, an office manager at KCDC, regarding the USB. Hicks advised that a **USB** containing what appears to be discovery materials was located in Washington and Anderson's jail cell. Upon inspection, KCDC staff believe that the **USB**, which is black in color, is not the same kind that was provided to the jail by the United States Attorney's Office, which are typically white in color and bear a Department of Justice seal.

7. Affiant responded to KCDC and spoke with Hicks and Sgt J. Schroeder. Hicks and Sgt Schroeder advised Washington and Anderson are cellmates in cell DS 20. On Tuesday, July 19, 2022, Correction Officer (CO) Tiffany Horensky conducted a cell search of cell DS 20 assigned to Washington and Anderson. During the cell search, CO Horensky located a **USB** within a cup on top of a table. During Horensky's investigation, Washington admitted the **USB** was his. Horensky confiscated the **USB**, which was later turned over to Sgt Schroeder. Sgt Schroeder advised that he reviewed the contents of the **USB** and observed documents and videos that he believed was discovery, but in much greater detail than inmates are typically allowed to possess.

8. On July 22, 2022, Affiant collected the mentioned **USB** from Hicks at KCDC. It is currently being held at Racine Police Department – Special Investigations Unit.

9. In Affiant's training and experience, examining data stored on USBs can uncover, among other things, evidence that reveals or suggests who possessed or used the device. In addition, it will reveal further evidence to include but not limited to documents, videos, files, Word Documents, PDF files, photographs, and other electronic data.

10. In Affiant's training and experience, a USB can contain sensitive and confidential information regarding a criminal investigation. A USB can contain specific information regarding discovery (evidence) such as controlled buys with confidential informants or other recorded surveillance that could place confidential informants and cooperative witnesses in danger.

11. Given the terms of Magistrate Judge Duffin's protective order, your affiant believes that Washington's and Anderson's possession of is likely a violation of 18 U.S.C. § 401 (contempt of court). However, it is unclear whether there are additional individuals involved in this violation.

12. The facts in this affidavit come from Affiant's personal knowledge, training and experience, review of documents, and information obtained from other federal, state, and local law enforcement officers and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of Affiant's knowledge about this matter.

13. Based on Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Marquan Washington and Plaze Anderson has violated the protection order, in violation of 18 U.S.C. § 401. Further, there is probable cause to search the information described in Attachment A for evidence of these crimes and possible identification of individuals who engaged in the commission of these offenses, as described in Attachment B.

## ATTACHMENT A

### Item to Be Searched

**A black PNY 16GB USB Stick,** located at the Racine Police Department – Special Investigations Unit.

## ATTACHMENT B

## Particular Things to be Seized

Pursuant to an investigation of contempt of court, in violation of 18 U.S.C. § 401, which has been committed by Marquan Washington and Plaze Anderson, this warrant authorizes the law enforcement officers to whom it is directed to seize items located in Attachment A including:

a. Criminal discovery materials, including documents, videos, files, Word Documents, PDF files, photographs, and electronic data;

b. Evidence of devices used to access the materials on the USB, including computers;

c. Evidence of creation of the USB; and

d. Evidence of ownership of the USB.